UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:11-CR-45-JGH
CIVIL ACTION NO. 3:14-CV-00616-JGH

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

ANDREW FIELDS, III                                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

Defendant, Andrew Fields, is a federal prisoner. He filed this pleading to vacate, set aside or correct his federal sentence pursuant to 28 U.S.C. §2255. In his petition he raised four grounds for relief. Subsequently, the Court referred this to the Magistrate Judge who issued Findings of Fact, Conclusions of Law and a recommendation that Defendant's motion to vacate be dismissed with prejudice and that he be denied a certificate of appealability on all grounds.

The Court has reviewed the recommendation of the Magistrate Judge and agrees with it in all respects. Defendant has filed a timely response which raises the same arguments as previously made in the complaint and before the Magistrate Judge. Respectfully, the Court concludes that the Magistrate Judge is correct in his recommendation.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion to vacate pursuant to 28 U.S.C. §2255 is DENIED in this case as DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendant is DENIED a certificate of appealability on all grounds.

This is a final and appealable order.

cc: Andrew Fields, III, *Pro Se*
     Counsel of Record
     Magistrate Judge Dave Whalin